UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-23133 CIV-HOEVELER/GARBER

EVANSTON INSURANCE COMPANY,

        Plaintiff,

vs.

JOSE A. RUIZ AND INTELLIGENT
CONSTRUCTION, INC.,

        Defendants.                         /

**FINAL ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION
OF THE PARTIES**

THIS CAUSE came before the Court on the parties' Stipulation for Dismissal With Prejudice, and the Court, having reviewed the Stipulation and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that this action is dismissed with prejudice, with each party to bear their own fees and costs.

DONE AND ORDERED in Chambers in Miami, Florida, on this _____ day of March ~~February~~, 2010.

                                                                  HON. WILLIAM M. HOEVELER
                                                                  U.S. DISTRICT COURT JUDGE

cc:    All Counsel of Record

14468506v1 867986 60296